IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-295-BO-RJ

| | |
|---|---|
| R.P. and M.P., <br> Plaintiffs, <br><br> v. <br><br> BLUECROSS BLUESHIELD OF NORTH CAROLINA and the EMERGEORTHO BLUEOPTIONS CORE PLAN, <br> Defendants. | O R D E R |

This cause comes before the Court on defendant Blue Cross and Blue Shield of North Carolina's motion to dismiss or for judgment on the pleadings pursuant to Rules 12(b)(1) and 12(c) of the Federal Rules of Civil Procedure. [DE 60]. Plaintiffs do not oppose dismissal of defendant Blue Cross Blue Shield. [DE 67]. Accordingly, for the reasons outlined therein, the motion to dismiss or for judgment on the pleadings [DE 60] is GRANTED. Defendant Blue Cross Blue Shield of North Carolina is DISMISSED from this action.

SO ORDERED, this 4 day of March 2024.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE